(Del. Rev. 12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

FILED
OCT 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**NINA SHAHIN**
_____
_____
(Name of Plaintiff or Plaintiffs)

v.

**STATE OF DELAWARE**
_____

CIVIL ACTION NO. 07 - 642 _____

**DEPARTMENT OF STATE, DIVISION OF CORPORATIONS**
(Name of Defendant or Defendants)

## COMPLAINT

1. This action is brought pursuant to __Title VII (national origin), ADEA__
   (Federal statute on which action is based)

   for discrimination related to __national origin and age__ jurisdiction exists by virtue of
   (In what area did discrimination occur? e.g. race, sex, religion)

   __Title VII,    ADEA__ .0.
   (Federal statute on which jurisdiction is based)

2. Plaintiff resides at __103 Shinnecock Rd.__
   (Street Address)
   __Dover__   __Kent__   __DE__   __19904__
   (City)    (County)   (State)   (Zip Code)
   __(302) 678-1805__
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at __401 Federal St., Suite 3,__
   (Street Address)
   __Dover,__   __Kent__   __DE__   __19901__
   (City)    (County)   (State)   (Zip Code)

4. The alleged discriminatory acts occurred on _____, _____, __2006__.
   (Day)   (Month)   (Year)

5. The alleged discriminatory practice ☐ is ☐ ~~is not~~ continuing.

6.  Plaintiff(s) filed charges with the  DE Dept. of Labor & EEOC
                                         (Agency)
    24 N.W. Front St., Suite 100, Milford, DE 19963
    (Street Address)    (City)    (County)    (State) (Zip)

    regarding defendant(s) alleged discriminatory conduct on: 2006
                                                              (Date)

7.  Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8.  Was an appeal taken from the agency's decision?    Yes ☒    ☒

    If yes, to whom was the appeal taken? EEOC

9.  The discriminatory acts alleged in this suit concern: (Describe facts on additional sheets if necessary)

    The Plaintiff applied for the following positions:

    1. Corporate Administrator; and

    2. 5 Temporary positions of Corporate Assistants

    For the first position internal candidate was chosen with

    lesser qualifications; for temporary positions young ladies

    (in their thirties) were appointed but with the claim that

    they had better "credentials".

10.     Defendant's conduct is discriminatory with respect to the following:
        A.  Q    Plaintiff's race
        B.  Q    Plaintiff's color
        C.  Q    Plaintiff's sex
        D.  Q    Plaintiff's religion
    X   E.  ☒    Plaintiff's national origin
        F.  X    Plaintiff's age (57)

11. Plaintiff prays for the following relief: (Indicate the exact relief requested)

maximum allowed by law

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/12/2007

_____
(Signature of Plaintiff)

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Nina I. Shahin  
103 Shinnecock Road  
Dover, DE 19904

From: Philadelphia District Office  
21 South 5th Street  
Suite 400  
Philadelphia, PA 19106

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 17C-2007-00303 | Charles Brown, III, State & Local Coordinator | (215) 440-2842 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt **of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature: Marie M. Tomasso]*

July 19, 2007

Enclosure(s)

Marie M. Tomasso,  
District Director

(Date Mailed)

cc: STATE OF DE

Thomas Lofaro, Labor Relations Executive  
OFFICE OF MGT AND BUDGET  
Carvel State Bldg, 10th Floor  
820 North French Street  
Wilmington, DE 19801

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[X] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>0612054 4M<br>17C-2007-00303 |
|---|---|---|

Delaware Department of Labor                                   and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Ms. Nina I. Shahin | Home Phone (Incl. Area Code)<br>(302) 678-1805 | Date of Birth<br>12-18-1949 |
|---|---|---|

Street Address: 103 Shinnecock Road, Dover, DE 19904

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>STATE OF DELAWARE | No. Employees, Members<br>101 - 200 | Phone No. (include Area Code)<br>(302) 739-4111 |
|---|---|---|

Street Address: Department Of State, 401 Federal Street, Suite 3, Dover, DE 19901

DISCRIMINATION BASED ON (Check appropriate box(es).)
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [X] NATIONAL ORIGIN
[X] RETALIATION  [X] AGE  [ ] DISABILITY  [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 11-13-2006    Latest: 11-13-2006
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**Jurisdiction:** Charging Party was denied employment at Respondent's Dover, DE location on 11/13/2006.
**Charging Party's protected class:** Age (56), National Origin (Ukraine), Retaliation.
**Adverse employment action:** Hiring.
**Brief statement of allegations:** Charging Party was discriminated against based on her age (56) and National Origin (Ukraine) when Respondent denied her employment to a position of Corporations Section Administrator (Posting #S07-13) and a position of Seasonal Corporations Assistant (Seasonal Position, no posting number) in its Department of State.
**Respondent's explanation:** Regarding the Administrator position, Robert C. Mathers issued Charging Party a letter stating Charging Party was not selected for the position. With regard to the Seasonal Corporations Assistant Position, Margaret Magnusen issued Charging Party a letter stating Charging Party was not selected for the position.
**Applicable law(s):** The Age Discrimination in Employment Act, as amended; Title VII of the Civil Rights Act of 1964, as amended. The State of Delaware's Discrimination in Employment Act, as amended.
**Comparator(s) or other specific reason(s) for alleging discrimination:** Charging Party states Respondent's actions against her were in retaliation to her previously filed Charges of Discrimination. With regard to posting #S07-13, Charging Party states Lisa Wildermuth contacted Charging Party telephonically and requested Charging Party provide three letters of evaluation from previous employers.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Dec 11, 2006
Date        Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

**Misericordia**
MST Young Scholars Program
Explorations in Mathematics and Biology

Nina Shahin, CPA, MAS, MST
103 Shinnecock Rd.
Dover, DE 19904

7004 1160 0004 3854 5787

U.S. District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

RETURN RECEIPT REQUESTED

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

07-642

FILED

## I. (a) PLAINTIFFS
NINA SHAHIN

(b) County of Residence of First Listed Plaintiff   **Kent**
(EXCEPT IN U.S. PLAINTIFF CASES)

pro se

(c) Attorney's (Firm Name, Address, and Telephone Number)
103 Shinnecock Rd. Dover, DE 19904
(302) 678-1802

## DEFENDANTS
STATE OF DELAWARE, DIV. of CORPORATIONS

County of Residence of First Listed Defendant   **Kent**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☒ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  |  |
|  |  / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition |  |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. Sec. 2000 Et. seq.; 29 U.S.C. §621 et. seq.

Brief description of cause:
Discrimination in employment in national origin & age

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ **max by law**
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions) JUDGE **GMS**
CA No. 06-289
DOCKET NUMBER 07-cv-452

DATE 10/15/2007

SIGNATURE OF ATTORNEY OF RECORD
N. Shahin

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____