IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NINA SHAHIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-642-GMS |
| | ) | |
| STATE OF DELAWARE, | ) | |
| DEPARTMENT OF STATE DIVISION | ) | |
| OF CORPORATIONS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this 30th day of October, 2007, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States Magistrate Judge