IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NINA SHAHIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-642-GMS-LPS |
| | ) |
| STATE OF DELAWARE and | ) |
| DEPARTMENT OF STATE DIVISION OF | ) |
| CORPORATIONS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 26th day of November, 2007;

IT IS ORDERED that:

1.  Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), the plaintiff shall complete and return to the clerk of the court an **original** "U.S. Marshal-285" form for **the defendants**, as well as for the Attorney General of the State of Delaware, 820 N. FRENCH STREET, WILMINGTON, DELAWARE, 19801, pursuant to DEL. CODE ANN. tit. 10 § 3103(C), and Fed. R. Civ. P. 4(j)(2). **Additionally, the plaintiff shall provide the court with copies of the complaint for service upon each defendant and the Attorney General of the State of Delaware. The plaintiff is notified that the United States Marshal will not serve the complaint until all "U.S. Marshal 285" forms and copies of the complaint have been received by the clerk of the court. Failure to provide the "U.S. Marshal 285" forms and a copy of the complaint for each defendant and the attorney general within 120 days from the date of this order may result in the complaint being dismissed or the defendants being dismissed pursuant to Federal Rule of Civil Procedure 4(m).**

2.    Upon receipt of the form(s) required by paragraph 1 above, the United States Marshal shall forthwith serve a copy of the complaint and this order upon the defendants as directed by the plaintiff. All costs of service shall be advanced by the United States.

3.    No communication, including pleadings, briefs, statement of position, etc., will be considered by the court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

_____
UNITED STATES MAGISTRATE JUDGE