OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

February 12, 2008

TO:

**Nina Shahin**
103 Shinnecock Road
Dover, DE 19904

    **RE:  U.S. Marshal 285 Forms**
    *Civ. No.* CA 07-642 GMS-LPS

Dear Ms. Shahin:

    Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced case.

    Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                       Sincerely,

/rwc                                     PETER T. DALLEO
                                            CLERK

cc: The Honorable Leonard P. Stark
     U.S. Marshal
     Pro Se Law Clerk

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 12, 2008

TO:

**Nina Shahin**
103 Shinnecock Road
Dover, DE 19904

    **RE:  U.S. Marshal 285 Forms**
        *Civ. No.* CA 07-642 GMS-LPS

Dear Ms. Shahin:

    Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced case.

    Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                  Sincerely,

/rwc                                   PETER T. DALLEO
                                        CLERK

cc:  The Honorable Leonard P. Stark
     U.S. Marshal
     Pro Se Law Clerk

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 12, 2008

TO:

**Nina Shahin**
103 Shinnecock Road
Dover, DE 19904

    **RE: U.S. Marshal 285 Forms**
    *Civ. No.* CA 07-642 GMS-LPS

Dear Ms. Shahin:

    Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced case.

    Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                         Sincerely,

/rwc                                 PETER T. DALLEO
                                        CLERK

cc: The Honorable Leonard P. Stark
     U.S. Marshal
     Pro Se Law Clerk

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 12, 2008

TO:

**Nina Shahin**
103 Shinnecock Road
Dover, DE 19904

    **RE:  U.S. Marshal 285 Forms**
        *Civ. No.* CA 07-642 GMS-LPS

Dear Ms. Shahin:

    Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced case.

    Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                Sincerely,

/rwc                         PETER T. DALLEO
                                CLERK

cc:  The Honorable Leonard P. Stark
     U.S. Marshal
     Pro Se Law Clerk