**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| NINA SHAHIN, CPA | Civ.No.07-642-GMS-LPS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| DELAWARE DEPARTMENT OF STATE, DIV. OF CORP. | OC |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DR. HARRIET SMITH WINDSOR, SECRETARY OF STATE

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
820 N. FRENCH Street, Wilmington, DE 19801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

NINA SHAHIN, CPA
103 SHINNECOCK RD.
DOVER, DE 19904

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PAUPER CASE

all state offices to be served are located in the Carvel State Office Bldg.

Signature of Attorney or other Originator requesting service on behalf of:
N. Shahin
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: (302)678-1805
DATE: 2/11/2008

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 15
District to Serve No. 15
Signature of Authorized USMS Deputy or Clerk: bv
Date: 2-25-08

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
KAREN Charbonneau, Corporations Specialist

Address (complete only if different than shown above):
Townsend Bldg - Suite 1
401 Federal Street
Dover, DE

Date of Service: 2/28/08
Time: 12:05 pm
Signature of U.S. Marshal or Deputy

REMARKS: Division of Corp - Townsend Bldg, Suite 1, Dove 19801
401 Federal St.
302-739-3077

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |