# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| NINA SHAHIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-642 GMS/LPS |
| | ) |
| STATE OF DELAWARE, and | ) |
| DEPARTMENT OF STATE, DIVISION OF | ) |
| CORPORATIONS, | ) |
| | ) |
| Defendants. | ) |

### ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS STATE OF DELAWARE AND DEPARTMENT OF STATE, DIVISION OF CORPORATIONS TO PLAINTIFF'S COMPLAINT

NOW COME Defendants the State of Delaware and the Department of State, Division of Corporations ("State Defendants") by and through undersigned counsel, and hereby Answer the Complaint and state:

1. Paragraph No. 1 calls for a legal conclusion to which no response is required.

2. State Defendants are without sufficient information or knowledge on which to form a belief as to the truth of the allegations in paragraph no. 2 and therefore deny same.

3. Admitted only that the principal place of business for State Defendant Department of State, Division of Corporations is located at 401 Federal Street, Dover, Delaware.

4. State Defendants are without sufficient information or knowledge on which to form a belief as to the truth of the allegations in paragraph no. 4 and therefore deny same.

5. State Defendants are without sufficient information or knowledge on which to form a belief as to the truth of the allegations in paragraph no. 5 and therefore deny same.

6. State Defendants are without sufficient information or knowledge on which to form a belief as to the truth of the allegations in paragraph no. 6 and therefore deny same.

7. Paragraph No. 7 is a statement to which no response is required.

8. State Defendants are without sufficient information or knowledge on which to form a belief as to the truth of the allegations in paragraph no. 8 and therefore deny same.

9. Denied as averred. Admitted that Plaintiff applied for the position of Seasonal Corporations Assistant and Corporations Section Administrator. The balance of the averment is denied.

10. Paragraph No. 10 calls for a legal conclusion to which no response is required. By way of further answer, the averments in paragraph no. 10 are denied as alleged.

11. Paragraph No. 11 is a request for relief by Plaintiff to which no response is required.

### FIRST AFFIRMATIVE DEFENSE

12. Plaintiff lacks standing to raise the claim alleged and/or lacks injury in fact.

### SECOND AFFIRMATIVE DEFENSE

13. The Complaint fails to state any claim upon which relief may be granted.

### THIRD AFFIRMATIVE DEFENSE

14. Plaintiff's Complaint should be dismissed as she has failed to first exhaust her administrative remedies.

### FOURTH AFFIRMATIVE DEFENSE

15. This Honorable Court lacks subject matter jurisdiction over Plaintiff's claim.

### FIFTH AFFIRMATIVE DEFENSE

16. Plaintiff has no property interest or other right that is subject to protection in this action.

### SIXTH AFFIRMATIVE DEFENSE

17. Plaintiff's claims are barred by sovereign immunity.

### SEVENTH AFFIRMATIVE DEFENSE

18. Plaintiff's claims are barred by Eleventh Amendment immunity.

### EIGHTH AFFIRMATIVE DEFENSE

19. Plaintiff's claims are barred by absolute immunity or qualified immunity.

### NINTH AFFIRMATIVE DEFENSE

20. Plaintiff's claims are not ripe for adjudication.

WHEREFORE, State Defendants pray that:

1. Plaintiff's case be dismissed with prejudice in its entirety;

2. All costs be assessed against Plaintiff;

3. State Defendants be granted reasonable attorney's fees; and

4. State Defendants be granted such other relief as this Honorable Court may deem just and proper.

    Respectfully submitted,

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Laura L. Gerard
    Laura L. Gerard (DE I.D. #3202)
    Deputy Attorney General
    820 North French Street, 6th Floor
    Wilmington, DE 19801

|  |  |
|---|---|
| Dated: March 17, 2008 | (302) 577-8400<br>Attorneys for State of Delaware and Department of State, Division of Corporations |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2008, I electronically filed the attached Answer and Affirmative Defenses of State Defendants State of Delaware, Department of State to Plaintiff's Complaint, with the Clerk of Court using CM/ECF and mailed by United States Postal Service, the document(s) to the following non-registered participants:

<u>By U.S. Mail, first class (2 copies):</u>
Ms. Nina Shahin
103 Shinnecock Rd.
Dover, DE 19904

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        <u>/s/ Laura L. Gerard</u>
        Laura L. Gerard (DE I.D. #3202)
        Deputy Attorney General
        Carvel State Office Building
        820 North French Street, 6th Floor
        Wilmington, DE 19801
        (302) 577-8400
        Laura.Gerard@state.de.us