*NINA SHAHIN, CPA, MAS, MST*
*103 SHINNECOCK RD. DOVER, DE 19904*
*Tel. (302) 678-1805*
*Fax (302) 678-0219*
E-mail: nshahin@comcast.net

May 6, 2008

**UNITED STATE DISTRICT COURT**
**District of Delaware**
Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

**Attn.: Clerk of Court**

RE: C.A. No. 07-642 GMS

Dear Clerk of Court:

With reference to the above-mentioned case I do not have 'Entry of Appearance' or any response from the Defendant, Division of Corporations of the Department of State, and, therefore, do not know who represents the Defendant. The **Joinder of Other Parties and Amendment of Pleadings** in this case is scheduled for May 19, 2008 and I do not know who I have to send the copies of my Motion to which I intend to file by that date.

Please advice.

Sincerely,

*[signature]*
**Nina Shahin, Plaintiff**

FILED
MAY - 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Nina Shahin, CPA
103 Shinnecock Rd.
Dover, DE 19904



UNITED STATE DISTRICT COURT
**District of Delaware**
Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801



LOUIS COMFORT TIFFANY