*NINA SHAHIN, CPA, MAS, MST*
*103 SHINNECOCK RD. DOVER, DE 19904*
*Tel. (302) 678-1805*
*Fax (302) 678-0219*
E-mail: nshahin@comcast.net

---

July 23, 2008

**Department of Justice**
820 North French Street
Wilmington, DE 19801
**Attn.: Laura L. Gerard**

cc:    **Federal District Court**
       844 North King St.
       Wilmington, DE 19801

RE:    Case No. 06-452 GMS/LPS

Dear Ms Gerard:

    In response to your recent communications I would like to respond that I have six cases against different agencies of the State of Delaware and cannot handle six attorneys one at a time: I do not have time, or money to do that.  I have filed a Motion to consolidate my case into one and would like to handle all six attorneys together and process my requests for discovery at the same time.  Until I get the decision of the presiding judge on the Motion I will not be able to assist you with any of your request.
    At the moment I have to submit two supporting briefs by July 31, 2008 to the District court and I have a 25-year daughter with a broken neck and hallow jacket to attend to her needs and doctor's visits.
    You are free to proceed to the court for its action to this response.

Sincerely,

*N. Shahin*

**Nina Shahin, CPA, MAS, MST**

FILED
JUL 2 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



WILMINGTON DE 197

23 JUL 2008 PM 3 T

Federal District Court
844 North King St.
Wilmington, DE 19801

Nina Shahin, CPA
103 Shinnecock Rd.
Dover, DE 19904